====================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__       DISTRICT OF       __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO 5:05-CV-0827 (LEK/GHL)

---

**DAVID P. THORNTON,**

            **Plaintiff,**

  v.

**MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,**

            **Defendant.**

---

   _____    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **XX**       **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated July 30, 2008.

**DATE:**   July 30, 2008                                   **_LAWRENCE K. BAERMAN_**
                                                                              CLERK OF THE COURT

                                                                              *[signature]*
                                                                       Scott A. Snyder
                                                                       **Courtroom Deputy to the**
                                                                       **Honorable Lawrence E. Kahn**